981 F.2d 1247
 Hickey (Mary Ann)
v.
Ballingall (David), Gage (Edward J., Jr.), Battaglia (Gail),
Zweig (Ronald), Purst (Otto), Destefano (Paul), Sunkenberg
(Edward W.), Josephs (John M.), Hooper (John W.), Byers
(Bruce), Town Counsel, Village of Ridgewood, Vena (Leonard),
Sesselman (Lillian) v. Ballingal (David) v. Channel Lumber,
Stewen Plumbing & Heating; Channel Lumber v. American
Woodmark Corp.; Hickey (Laura) v. Ballingal (David), Channel
Lumber, Stewen Plumbing & Htg. Corp.
 NOS. 91-5938, 92-5291
 United States Court of Appeals,
Third Circuit.
 Nov 27, 1992
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.